UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
EDGAR ELISEO CALLE URGILES, *individually and on behalf of others similarly situated*,

       Plaintiff,

-against-

NEVADA DINER INC. d/b/a Georgia Diner,

       Defendant.
-----------------------------------------------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Docket No.: 22-cv-05323-TAM

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Nevada Diner, Inc. d/b/a Georgia Diner in the above-captioned action through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice.

Dated: September 7, 2023

**NAYDENSKIY LAW FIRM, LLC**

_s/Gennadiy Naydenskiy_
Gennadiy Naydenskiy, Esq.
*Attorneys for Plaintiff*
426 Main St, #201
Spotswood, NJ, 08884
Tel: (718) 808-2224

**SO ORDERED:**

_Taryn A. Merkl_
Honorable Taryn A. Merkl

Dated: September 7, 2023

**CLIFTON BUDD & DeMARIA, LLP**

_s/Ian-Paul A. Poulos_
Ian-Paul A. Poulos
*Attorneys for Defendant*
The Empire State Building
350 Fifth Avenue, 61st Floor
New York, New York 10118
(212) 687-7410

September 11, 2023
Date